048277/21061/JNR/AR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HANNAH MCCAFFREY, | |
| Plaintiff, | |
| v. | Case Number 21-cv-3029 |
| JASON, MCATEE, MARY SCHOEN, DINA ELDRIDGE, ALYSSA, LISA JOHNSON, WEXFORD HEALTH SOURCES, INC., UNKNOWN WEXFORD EMPLOYEES, and UNKNOWN IDOC EMPLOYEES, | Judge Sarah Darrow  Magistrate Judge Jonathan E. Hawley |
| Defendants. | |

## SECOND MOTION FOR EXTENSION OF TIME

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., JASON MCATEE, MARY SCHOEN, DINA ELDRIDGE, and ALYSSA BAUER, by and through their attorney, Joseph N. Rupcich of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit for their Second Motion for Extension of Time, state as follows:

1. Pursuant to the Court's Text Order of November 21, 2022, Defendants' responses to Plaintiff's discovery are due December 2, 2022.

2. Defendants need additional time to respond to Plaintiff's discovery, and request a seven-day extension, until December 9, 2022.

3. Plaintiff's counsel has no objection to this one-week extension of time to respond to discovery.

WHEREFORE, for the above reasons, Defendants, WEXFORD HEALTH SOURCES, INC., JASON MCATEE, MARY SCHOEN, DINA ELDRIDGE, and ALYSSA BAUER,

respectfully requests this Honorable Court grant their Motion for Extension of Time or such further relief deemed appropriate.

                Respectfully submitted,

                CASSIDAY SCHADE LLP

             By: /s/ Joseph N. Rupcich
                One of the Attorneys for Defendants,
                WEXFORD HEALTH SOURCES, INC.,
                JASON MCATEE, MARY SCHOEN, DINA
                ELDRIDGE, and ALYSSA BAUER

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

James B. Goldberg
James B. Goldberg & Associates
200 S. Wacker Drive, Suite 3100
Chicago, IL 60606
jgoldberg@jbglawfirm.com

Megan Ditzler
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701
megan.ditzler@ilag.gov

Sarah C. Grady
Kaplan & Grady, LLC
1953 N. Clybourn Avenue
Suite 274
Chicago, IL 610614
sarah@kaplangrady.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joseph N. Rupcich

11255845